UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| FMC INTERNATIONAL, LTD., | : | **Civil Action No.:** |
| Plaintiff, | : | |
| - against- | : | **RULE 7.1 STATEMENT OF FMC INTERNATIONAL, LTD.** |
| | : | |
| TKMI, INC., | | |
| | : | |
| Defendant. | | |
| | : | |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Plaintiff FMC International, Ltd. (a private non-governmental party) certifies that Plaintiff has no parents, subsidiaries or affiliates of Plaintiff, securities, or other interests which are publicly held.

Dated: August 6, 2007

*Rebecca L. Griffith*
Rebecca L. Griffith (RLG 7884)
Marc A. Lieberstein (MAL 7116)
**DAY PITNEY LLP**
7 Times Square
New York, NY 10036-7311
Telephone: (212) 297-5800
Facsimile: (212) 916-2940

Attorneys for Plaintiff