```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                              :
FMC INTERNATIONAL, LTD.,      :
                              :
            Plaintiff,        :   07 Civ. 6994 (WHP)
                              :
       -against-              :   SCHEDULING ORDER No. 1
                              :
TKMI, INC.,                   :
                              :
            Defendant.        :
------------------------------X
```

WILLIAM H. PAULEY III, District Judge:

  Counsel for Plaintiff having appeared for a December 7, 2007 conference, it is ordered that:

  (1) The time for Plaintiff to effect service is extended until January 31, 2008;

  (2) This Court will hold an initial pre-trial conference on February 29, 2008 at 10:00 a.m.; and

  (3) Counsel for Plaintiff shall promptly serve both this Order and this Court's August 20, 2007 Order on Defendant.

Dated: December 10, 2007
   New York, New York

            SO ORDERED:

            _____
             WILLIAM H. PAULEY III
                U.S.D.J.

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: _____ / DATE FILED: 12/13/07]

*Counsel of Record:*

Rebecca Leigh Griffith, Esq.
Marc Ari Lieberstein, Esq.
Day Pitney, L.L.P.
Times Square Tower
7 Times Square
New York, NY 10036
*Counsel for Plaintiff*