DEC 1 9 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/26/2007

FMC INTERNATIONAL, LTD.,

Plaintiff,

v.

TKMI, INC.,

Defendant.

Civil Action No. 07 CV 6994 (WHP)

STIPULATION ACCEPTING SERVICE
OF PROCESS AND SETTING
DEFENDANT'S TIME TO ANSWER
OR OTHERWISE RESPOND

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties through their respective counsel, that service of process is hereby accepted by the undersigned counsel on behalf of Defendant TKMI, Inc.; and it is

**FURTHER STIPULATED AND AGREED** that Defendant's time to answer or otherwise respond to the Complaint is extended to and including January 31, 2008.

Dated this 17th day of December, 2007.

DAY PITNEY LLP

Marc A. Lieberstein (ML 7116)
Rebecca L. Griffith (RG 7884)
7 Times Square
New York, New York 10036-7311
mlieberstein@daypitney.com
rlgriffith@daypitney.com
Telephone:    (212) 297-5800
Facsimile:    (212) 916-2940

Attorneys for Plaintiff

GIBBONS P.C.

Anthony P. Callaghan
One Penn Plaza, 37th Floor
New York, New York 10119-3701
acallaghan@gibbonslaw.com
Telephone:    (212) 613-2015
Facsimile:    (212) 554-9610

Attorneys for Defendant

**So Ordered:**

Dated:

_____
U.S.D.J.
William H. Pauley III
12/21/2007

83002766A121707