FEB 0 2008

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/08

FMC INTERNATIONAL, LTD.,

          Plaintiff,

vs.

TKMI, INC.,

          Defendant.

Civil Action No. 07 cv 6994 (WHP)

**STIPULATION EXTENDING TIME TO ANSWER COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned that the time for TKMI, Inc. to answer the Complaint herein is extended to and including February 7, 2008.

Dated: New York, New York
      January 31, 2008

DAY PITNEY LLP

By: _____
   Marc A. Lieberstein (ML 7116)
   Rebecca L. Griffith (RG 7884)
   7 Times Square
   New York, New York 10036-7311
   mlieberstein@daypitney.com
   rlgriffith@daypitney.com
   Telephone: (212) 297-5800
   Facsimile: (212) 916-2940
   *Attorneys for Plaintiff*

GIBBONS, P.C.

By: _____
   Anthony P. Callaghan (AC 2815)
   One Penn Plaza, 37th Floor
   New York, New York 10119-3701
   acallaghan@gibbonslaw.com
   Telephone: (212) 613-2015
   Facsimile: (212) 554-9610

David A. Gast
Florida Bar No. 176,567
dgast@malloylaw.com
**MALLOY & MALLOY, P.A.**
2800 S.W. 3rd Avenue
Miami, FL 33129
Telephone: (305) 858-8000
Facsimile: (305) 858-0008
*Attorneys for Defendant*

**SO ORDERED:**

_____
Hon. William H. Pauley III, U.S.D.J.
2/4/2008