**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FMC INTERNATIONAL, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> TKMI, INC., <br><br> Defendant. | Civil Action No. 07 cv 6994 (WHP) <br><br> **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** <br><br> *Electronically Filed* |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Defendant TKMI, Inc. (a private non-governmental party) certifies that that TKMI, Inc. has no parents, subsidiaries or affiliates, securities, or other interests which are publicly traded and there are no publicly held corporations that own ten percent (10%) or more of its stock**.**

Dated:  February 7, 2008

GIBBONS P.C.
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
acallaghan@gibbonslaw.com
Telephone: (212) 613-2015
Facsimile: (212) 554-9610

s/ Anthony P. Callaghan
Anthony P. Callaghan (AP-2015)

and, of counsel,

John Cyril Malloy, III
Florida Bar No. 964,220
David A. Gast
Florida Bar No. 176,567
dgast@malloylaw.com
MALLOY & MALLOY, P.A.
2800 S.W. 3rd Avenue
Miami, Florida 33129
Telephone: (305) 858-8000
Facsimile: (305) 858-0008
*Attorneys for Defendant TKMI, Inc.*

#1267579 v1
107806-60714

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of February 2008, the foregoing document was filed with the Clerk of the Court via electronic filing and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the individuals identified on the service list below.

s/ Anthony P. Callaghan

## SERVICE LIST

| | |
|---|---|
| Marc A. Lieberstein (ML 7116)<br>Rebecca L. Griffith (RG 7884)<br>DAY PITNEY LLP<br>7 Times Square<br>New York, New York 10036-7311<br>Mlieberstein@daypitney.com<br>rlgriffith@daypitney.com<br>Telephone: (212) 297-5800<br>Facsimile: (212) 916-2940<br>*Attorneys for Plaintiff*<br><br>Notices of Electronic Filing generated by CM/ECF | Anthony P. Callaghan (AP-2015)<br>GIBBONS P.C.<br>One Pennsylvania Plaza, 37th Floor<br>New York, New York 10119-3701<br>acallaghan@gibbonslaw.com<br>Telephone: (212) 613-2015<br>Facsimile: (212) 554-9610<br><br>David A. Gast<br>Florida Bar No. 176,567<br>dgast@malloylaw.com<br>MALLOY & MALLOY, P.A.<br>2800 S.W. 3rd Avenue<br>Miami, FL 33129<br>Telephone: (305) 858-8000<br>Facsimile: (305) 858-0008<br>*Attorneys for Defendant*<br><br>Notices of Electronic Filing generated by CM/ECF |