USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/29/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

FMC INTERNATIONAL, LTD.,

        Plaintiff,                  07 Civ. 6994 (WHP)

      -against-                   ORDER

TKMI, INC.,

        Defendant.
------------------------------------X

WILLIAM H. PAULEY III, District Judge:

    It having been reported to this Court that this action has been or will be settled, it is ordered that this action is discontinued without costs to any party, and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days of the date of this Order. The Clerk of Court is directed to mark this case closed.

Dated: February 28, 2008
       New York, New York

                            SO ORDERED:

                            _____
                            WILLIAM H. PAULEY III
                            U.S.D.J.

*Counsel of Record:*

Rebecca Leigh Griffith, Esq.
Marc Ari Lieberstein, Esq.
Day Pitney, L.L.P.
Times Square Tower
7 Times Square
New York, NY 10036
*Counsel for Plaintiff*

Anthony Pius Callaghan, Esq.
Gibbons P.C.
One Gateway Center
Newark, NJ 07102
*Counsel for Defendant*