

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

FMC INTERNATIONAL, LTD.,  :

          Plaintiff,  :

  - against-  :    Civil Action No. 07-cv-6994 (WHP)

  :

TKMI, INC.,  :

          Defendant.  :

  :

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Counsel for the undersigned parties, that Plaintiff's Complaint in the above-captioned matter is hereby dismissed with prejudice and without costs, with each party to bear its own attorney's fees.

Dated: February 25, 2008

Respectfully Submitted by:

By: _____  By: _____
Marc A. Lieberstein, Esq.        Anthony P. Callaghan, Esq.
Rebecca L. Griffith, Esq.        GIBBONS P.C.
DAY PITNEY LLP                   One Pennsylvania Plaza, 37th Floor
7 Times Square                   New York, NY 10119
New York, NY 10036               Phone: (212) 613-2015
Phone: (212) 297-5800            Fax: (212) 554-9610
Fax: (212) 916-2940

So Ordered this 5th day of ~~February~~ March, 2008

_____
U.S.D.J.
William H. Pauley III